[No. 36734-3-II. Division Two. March 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RENEE A. FIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00129-8, Toni A. Sheldon, J., entered August 9, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36798-0-II. Division Two. March 3, 2009.]

WALTER D. FIELDS, *Appellant*, v. JEANINE M. RISHEL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-00923-7, Diane M. Woolard, J., entered August 10, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 36996-6-II. Division Two. March 3, 2009.]

TUMWATER SCHOOL DISTRICT, *Respondent*, v. ROGER EWART, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-02461-2, Anne Hirsch, J., entered October 30, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 37398-0-II. Division Two. March 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PATRICK AARTS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-02046-6, Chris Wickham, J., entered February 15, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar, A.C.J., and Armstrong, J.